# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 24, 2014

Robert P. Young, Jr.,
Chief Justice

148766

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

BOB WOODWARD,
      Plaintiff/Counter-Defendant
      Appellee,

v

CHRISTOPHER SCHWARTZ,
      Defendant/Counter-Plaintiff
      Appellant.

SC: 148766
COA: 317043
Wayne CC: 13-002928-AV

_____/

      On order of the Court, the application for leave to appeal the January 10, 2014 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 24, 2014



Clerk

s0616